FILED
CLERK, U.S. DISTRICT COURT

JUN 2 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PYLES,<br><br>        Petitioner,<br><br>    v.<br><br>MATTHEW C. KRAMER, Warden,<br><br>        Respondent. | Case No. CV 07-5912-GW (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: Jun 23, 2008

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE